IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02844-CMA-MEH

5STAR BANK, a Colorado corporation,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 22, 2012**.

    In the interest of justice and having no objection, Plaintiff's Unopposed Motion for Leave to File First Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)(2) [filed February 17, 2012; docket #15] is **granted**.  The Clerk of the Court is directed to file the First Amended Complaint found at docket #15-1.  Defendant shall file an answer or other response to the amended pleading in accordance with Fed. R. Civ. P. 15.