## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-2844-CMA-MEH

5 STAR BANK,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE,

      Defendant.

## FINAL JUDGMENT

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Order Granting Defendant's Motion for Summary Judgment and Denying as Moot Plaintiff's Motion for Summary Judgment of Judge Christine M. Arguello entered on September 25, 2012 it is

      ORDERED that Defendant's Motion for Summary Judgment is GRANTED.  Final judgment is hereby entered in favor of Defendant American Family Mutual Insurance, and against 5 Star Bank.  It is

      FURTHER ORDERED that Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of the Court within fourteen days of the entry of judgment and that each party shall bear its own attorney's fees. It is

      FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE.

Dated at Denver, Colorado this 10th day of October, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Sandra Hartmann
Sandra Hartmann, Deputy Clerk